IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| SERGIO MARROQUIN ROCA, | § | |
|---|---|---|
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. _____ |
| UNIFI AVIATION, LLC, UNITED AIRLINES, LLC, AND JOHN DOE, | § | |
| Defendants | § | |

**INDEX**

| Ex. A | Civil Cover Sheet |
|---|---|
| Ex. B | Civil Docket Sheet |
| Ex. C | Plaintiff's Original Petition |
| Ex. D | Unifi Aviation, LLC's Original Answer |
| Ex. E | United Airlines, Inc.'s Original Answer |
| Ex. F | Unifi Aviation, LLC's Consent to Removal |
| Ex. G | List of All Counsel of Record |